**[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 563.]**

MARCELLA, APPELLEE AND CROSS-APPELLANT, *v.* NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT AND CROSS-APPELLEE.

[Cite as *Marcella v. Nationwide Mut. Ins. Co.*, 1996-Ohio-363.]

*Insurance—Motor vehicles—Insured entitled to underinsured motorist coverage under former R.C. 3937.18, when—Determining amount of underinsurance coverage to be paid—Claims for loss of consortium.*

(No. 96-782—Submitted June 25, 1996—Decided September 25, 1996.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Cuyahoga County, No. 69086.

————————————

*Don C. Iler Co., L.P.A.,* and *Don C. Iler,* for appellee and cross-appellant.

*Weston, Hurd, Fallon, Paisley & Howley, Timothy D. Johnson, Gregory E. O'Brien* and *Daniel A. Richards,* for appellant and cross-appellee.

————————————

{¶ 1} The discretionary appeal in case No. 96-782 is allowed.

{¶ 2} The judgment of the court of appeals on the appeal is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, ___ N.E.2d ___, and the cause is remanded to the trial court for further proceedings consistent with *Cole*.

{¶ 3} The discretionary cross-appeal in case No. 96-782 is allowed.

{¶ 4} The judgment of the court of appeals on the cross-appeal is reversed on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, ___ N.E.2d ___.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

STRATTON, J., not participating.

————————————